Sean D. Garrison (#014436)
SGarrison@LRLaw.com
Shane E. Olafson (#024605)
SOlafson@LRLaw.com
**LEWIS AND ROCA LLP**
40 N. Central Avenue
Phoenix, Arizona  85004-4429
Telephone (602) 262-5311

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AFL Telecommunications LLC,<br><br>                            Plaintiff,<br><br>       v.<br><br>Fiberoptic Hardware, LLC and George Kyrias,<br><br>                            Defendants. | No. _____<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of AFL Telecommunications LLC, in compliance with the provisions of: *(check one)*

__X__   Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

2394039.1



The filing party hereby declares as follows:

____   No such corporation.

_X_   Party is a parent, subsidiary or other affiliate of a publicly owned corporation, as listed below.  *(Attach additional pages if needed.)*

_____Subsidiary of Fujikura Ltd._____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

____   Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 31st day of May, 2011.

**LEWIS AND ROCA LLP**


By    /Sean D. Garrison
    Sean D. Garrison
    Shane E. Olafson
*Attorneys for Plaintiff*

2318703.2