# AFFIDAVIT OF PROCESS SERVER

AFL TELECOMMUNICATIONS, LLC vs FIBEROPTIC HARDWARE LLC; et al.       2:11-cv-01081-MEA
Plaintiff/Petitioner                Defendant/Respondent              Case Number

I __Steven C. Byers__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __Fiberoptic Hardware, LLC__
                  Name of Person / Entity being served

With (List documents) __Summons, Complaint, Corporate Disclosure Statement And Motion For Preliminary Injuction + Memorandum of Points__

by leaving with __George Kyrias__ At
                  Name              Relationship

(✓) Residence __8 Irene Drive, Hollis NH 03049__
              Address              City / State

( ) Business _____
              Address              City / State

On __June 4, 2011__ AT __11:30 AM__
     Date                Time

**Manner of Service:**
(✓) **Personal**: By personally delivering copies to the person being served. "In Hand"
( ) **Substituted at Residence**: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
( ) **Substituted at Business**: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
( ) **Posting**: By posting copies in a conspicuous manner to the front door of the person/entity being served

**Non-Service**; After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s).
( ) Unknown at address    ( ) Moved, left no forward    ( ) Service cancelled by Litigant
( ) Address Does Not Exist ( ) Other _____

**Service Attempts**: Service was attempted on (1) _____ (2) _____
                                              Date / Time      Date / Time
                                          (3) _____ (4) _____
                                              Date/ Time       Date/ Time
**Description**: Age __45__ Sex __M__ Race __Wh__ Height __5'8__ Weight __140__ Hair __Gr/B__ Beard __No__ Glasses __No__

**Signature of Server**: Undersigned declares under penalty of perjury       Subscribed and sworn to before me this
that the foregoing is true and correct.                                      __9__ day of __June__, 20 __11__

__Steven C Byers__                                                            __Jane Byers__
Signature of Server                                                           Notary Public       (Commission Expires)

Steve Byers Investigations                          JANE A. BYERS, Notary Public
PO Box 3                                            My Commission Expires April 9, 2012
Barnstead, NH 03218
1-603-776-2776
Fax: 1-603-776-5252