**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AFL Telecommunications LLC, | No. CV11-01081-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Fiberoptic Hardware, LLC, | |
| Defendant. | |

Plaintiff AFL Telecommunications LLC has filed a motion for attorneys' fees and costs. Docs. 65, 66. Defendant has not responded. The Court will exercise its discretion and deny the motion.

A district court has discretion to award attorneys' fees to a prevailing party under the Lanham Act, but only in "exceptional cases." *See* 15 U.S.C. § 1117(a); *Gracie v. Gracie*, 217 F.3d 1060, 1071 (9th Cir. 2000). The Ninth Circuit construes the "exceptional circumstances" requirement narrowly. *Id*. "Exceptional circumstances can be found when the non-prevailing party's case is groundless, unreasonable, vexatious, or pursued in bad faith." *Id*. (internal quotation marks omitted); *see also Horphag Research Ltd. v. Pellegrini*, 337 F.3d 1036, 1040 (9th Cir.2003).

The Court entered a default judgment against Defendant and awarded more than $217,000 in damages when its counsel withdrew from this case. Doc. 63. Defense counsel stated that Defendant no longer could afford to litigate this case and was ceasing operations. Doc. 60.

Plaintiff asks the Court to find that Defendant's conduct was willful, malicious, and wanton, and therefore satisfies the "exceptional circumstances" requirement, because Plaintiff's complaint contained those allegations and a default was entered. The Court notes, however, that Defendant denied those allegations in its answer. Doc. 33.

The Court cannot conclude that Plaintiff's allegations are correct merely because a default judgment was entered in this case. Where an award of fees is exceptional and the Court's power to grant such an award is construed narrowly, the Court concludes that more than a default is needed for the Court to finds that exceptional circumstances exist.

**IT IS ORDERED** that Plaintiff's motion for attorneys' fees and costs (Doc. 65) is denied.

Dated this 3rd day of December, 2012.

David G. Campbell
United States District Judge